Motion for Appointment of Counsel 7/15/2014

I Joan Smith is requesting an appointed Court Lawyer & waiver of court fees.

I have not been able to work for most of 2013 until or around Oct, 2013. When I return to work I had to repay my health care and union dues and money that I had borrowed from the post office and families and friends in order to survive. Please help me in this area, as your help would be greatly appreciated. Thank you.

Respectfully,

Joan Smith

P.S. my annual income for 2013 was aprox $6566.00